IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NAJEE OLIVER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NOS. CV420-245 |
| | )            CR417-065 |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### O R D E R

Before the Court is the Magistrate Judge's June 1, 2022, Report and Recommendation (Doc. 7), to which no party has filed objections.[1] After a careful review of the record,[2] the Magistrate Judge's Report and Recommendation (Doc. 7) is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's Motion to Move the Clerk to Enter Default (Doc. 5) and Motion for Judgment on the Pleadings and for Default Judgment (Doc. 6) are **DENIED**. This Order does not affect the Government's pending

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV420-245.

[2] The Court reviews de novo a magistrate judge's findings to which a party objects and for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for reports and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

Motion for Extension of Time (Doc. 9), which has been referred to the Magistrate Judge for his consideration.

SO ORDERED this 19th day of July 2022.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA