UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NAJEE OLIVER, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF )<br>AMERICA, )<br>)<br>Respondent. ) | CR417-065<br>CV420-245 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 19), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and Oliver's Motion to Amend, (doc. no. 13), is **DENIED**, and his 28 U.S.C. § 2255 Motion, (doc. no. 1), as amended, (docs. nos. 2 & 3), is **DENIED**. The Clerk is **DIRECTED** to **CLOSE** civil action CV420-245.

Further, a prisoner seeking relief under 28 U.S.C. § 2255 must obtain a certificate of appealability ("COA") before appealing the denial of his application for writ of habeas corpus. 28 U.S.C. § 2253(c)(1)(B). This Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a) to the Rules Governing Section 2255 Proceedings. This Court should grant a COA only if the prisoner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the Report and Recommendation, and in consideration of the standards enunciated in *Slack v. McDaniel*, 529 U.S. 473, 482-84 (2000), movant has failed to make the requisite showing. Accordingly, the Court **DENIES**

a COA in this case.[1]  Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith.  Accordingly, movant is not entitled to appeal *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(3).

**ORDER ENTERED** at Augusta, Georgia, this 25th day of March, 2024.

                              J. RANDAL HALL, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA

---

[1] "If the court denies a certificate, [a party] may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a) to the Rules Governing Section 2255 Proceedings.